UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABRAHAN FRIAS RAMIREZ,<br><br>  Petitioner,<br><br>  v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility;<br>DAVID T. WESLING, Acting Boston Field Office Director of U.S. Immigration and Customs Enforcement;<br>TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement;<br>KRISTI NOEM, Secretary of the Department of Homeland Security;<br><br>  Respondents. | Civil Action No. 25-13736-MJJ |

## MEMORANDUM OF DECISION AND ORDER

December 11, 2025

JOUN, D.J.

Abrahan Frias Ramirez ("Mr. Frias Ramirez" or "Petitioner") is from the Dominican Republic and entered the United States without inspection in 2022. [Doc. No. 1 at ¶¶ 2–3]. Upon entry, Mr. Frias Ramirez turned himself in to immigration officials and was released with humanitarian parole under 8 U.S.C. § 1182(d)(5)(A). [*Id.* at ¶ 3]. Mr. Frias Ramirez's parole expired two months later in February 2023, but he remained in the country, and immigration authorities took no steps to secure his removal. [*Id.*]. On or about November 13, 2025, Mr. Frias Ramirez was arrested by federal agents and placed in the custody of U.S. Immigration and Customs Enforcement. [*Id.* at ¶ 4]. He is currently in custody at Plymouth County Correctional

Facility. [*Id*. at ¶ 1]. Mr. Frias Ramirez petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this petition are similar to those addressed in *Hilario Rodriguez v. Moniz*, 25-cv-12358. [Doc. No. 8 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Frias Ramirez is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Frias Ramirez with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Frias Ramirez on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Frias Ramirez has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

/s/ Myong J. Joun  
United States District Judge